**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:   FMC Technologies, Inc. v. Richard Murphy and Dril-Quip, Inc.

Appellate case number:   01-21-00455-CV

Trial court case number:   2020-63081

Trial court:   127th District Court of Harris County

Appellees, Richard Murphy and Dril-Quip, Inc., have filed an "Unopposed Motion to Reschedule Oral Argument," which is currently set for February 22, 2023 at 1:30 p.m., because appellees' lead counsel "is already scheduled to present oral argument to the Eighth Court of Appeals" in El Paso, Texas on February 23, 2023. The motion is **granted**.

The case will be **reset for submission and oral argument on March 22, 2023 at 1:30 p.m.** in the courtroom for the First Court of Appeals, which is the North Courtroom, at the 1910 Courthouse, located at 301 Fannin, Third Floor, before a panel consisting of Justice Landau, Justice Countiss, and Justice Guerra, subject to change by the Court. Each side will be allowed **twenty** minutes to argue.[1]

It is so ORDERED.

Judge's signature: ____/s/ Julie Countiss_____
                            ☑ Acting individually    ☐ Acting for the Court

Date: ___January 10, 2023_____

---

[1]    Please refer to this Court's January 2, 2023 notice for other information related to oral argument procedures.